# Court of Appeals
# of the State of Georgia

ATLANTA,    August 01, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0437.  ERNEST HOWARD. v. THE STATE.**

Ernest Howard was convicted of aggravated assault, kidnapping with bodily injury, and rape in 1986.  Howard later filed an extraordinary motion for new trial, which the trial court denied on April 1, 2014.  On July 7, 2014, Howard filed this application for discretionary appeal.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Howard filed his application 97 days after entry of the order he seeks to appeal.[1]  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/01/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    *, Clerk.*

---

[1] According to Howard, he initially filed his application for discretionary appeal on June 11, 2014.  Had that application been filed properly, it, too, would have been untimely.